UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VIOLET ANNAMARIE SNOOK,**

    **Plaintiff,**

v.                                                     Case No: 6:21-cv-519-GKS-GJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## ORDER

THIS CAUSE comes before the Court upon two motions filed by the Defendant, Commissioner of Social Security. On May 26, 2021, Defendant filed an Opposed Motion Pursuant to Fed. R. Civ. P. 12(B)(1) to Dismiss Plaintiff's Complaint In Part and Defendant's Unopposed Motion for an Extension of Time within which to Answer and File the Certified Administrative Record (Doc. 14), to which Plaintiff, Violet Annamarie Snook, filed an Opposition (Doc. 21), and an Opposed Request for Oral Argument (Doc. 22). Thereafter, on August 11, 2021, Defendant filed an Unopposed Motion for Entry of Judgment with Remand (Doc. 28) (Motion to Remand). The Court referred the Motions to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On September 1, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 29) recommending *inter alia* that Defendant's Motion to Remand (Doc. 28) be granted, and the Commissioner's decision be reversed and remanded.

After review and consideration of the Report and Recommendation (Doc. 29), and noting that neither party objects to the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 29) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 28) is **GRANTED.**

3. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4. Defendant's Opposed Motion to Dismiss, (Doc. 14), and Plaintiff's Opposed Request for Oral Argument (Doc. 22) are **DENIED AS MOOT.**

5. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff, Violet Annamarie Snook, and against Defendant, Commissioner of Social Security, and **CLOSE THE CASE**.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of September, 2021.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties

3